1122

No. 85–6617.   KUNKEL v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 85–6619.   HART v. HOLLAND, WARDEN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 85–6621.   HOLLINGSWORTH v. STEPHENSON, SUPERINTENDENT, CALEDONIA AND ODOM COMPLEX, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–6624.   ALLEN v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 85–6625.   DAY v. CMC CORP.   C. A. 5th Cir.   Certiorari denied.

No. 85–6629.   MORRIS v. JACKSON PARK HOSPITAL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 85–6632.   SIMPSON v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–6651.   LEE v. HARDAGE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–6657.   SHUMATE v. PATTERSON ET AL.   C. A. 4th Cir. Certiorari denied.

No. 85–6666.   DE VITO v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 85–6685.   MARKOUSKI v. NEW YORK ET AL.   C. A. 2d Cir. Certiorari denied.

No. 85–6686.   MORGAN v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–6690.   RICHARDSON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 85–6691.   MERCER v. UNITED STATES ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–6694.   BOONE v. CASHION, SUPERINTENDENT OF NORTH CAROLINA DIVISION OF PRISONS, ET AL.   C. A. 4th Cir. Certiorari denied.